| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nathan, Alison J. | U.S. District Court, Southern District of New York | 03/31/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | [✓] Nomination, Date 03/31/2011 <br> [ ] Initial [ ] Annual [ ] Final <br> 5b. [ ] Amended Report | 1/1/2010 to 3/26/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Office of the Attorney General of New York 120 Broadway, 25th Floor New York, NY 10271 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Special Counsel to the Solicitor General of New York | New York Office of the Attorney General, Solicitor General's Office |
| 2. Special Assistant to the President and Associate White House Counsel | The White House/White House Counsel's Office |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting Individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | New York Attorney General's Office - Salary (year to reporting period date) | $23,249.76 |
| 2. | 2010 | New York Attorney General's Office - Salary | $21,697.05 |
| 3. | 2010 | White House -- Salary | $77,813.69 |
| 4. | 2009 | White House - Salary | $116,660.54 |
| 5. | 2009 | New York University School of Law - Salary/Stipend | $14,674.18 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 03/31/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae | Student Loans | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 7

Name of Person Reporting

Nathan, Alison J.

Date of Report

03/31/2011

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. PPD) Stock | A | Dividend | J | T | | | | | |
| 2. AAPL Stock | | None | K | T | | | | | |
| 3. PHO Stock | A | Dividend | J | T | | | | | |
| 4. TD Ameritrade Cash Account | A | Interest | J | T | | | | | |
| 5. Fidelity Ginnie Mae Fund | A | Dividend | J | T | | | | | |
| 6. Fidelity Latin America Fund | A | Dividend | K | T | | | | | |
| 7. Fidelity New Market | A | Dividend | J | T | | | | | |
| 8. Fidelity Select Consumer Staples | A | Dividend | J | T | | | | | |
| 9. Fidelity Select Gold | A | Dividend | J | T | | | | | |
| 10. Fidelity Select Materials | A | Dividend | J | T | | | | | |
| 11. Fidelity Select Medical Equipment and Systems | A | Dividend | J | T | | | | | |
| 12. Fidelity Select Money Market | A | Interest | J | T | | | | | |
| 13. Fidelity Select Natural Resources | A | Dividend | J | T | | | | | |
| 14. Fidelity Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 15. Fidelity Small Cap Discovery Fund | A | Dividend | J | T | | | | | |
| 16. Fidelity Total Bond Fund | A | Dividend | J | T | | | | | |
| 17. Marshall Prime Money Market | A | Interest | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Allison J. | 03/31/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. PIMCO Total Return Fund | B | Dividend | K | T | | | | | |
| 19. Loomis Sayles Global Bond Fund | A | Dividend | K | T | | | | | |
| 20. Oakmark Equity and Income Fund | A | Dividend | J | T | | | | | |
| 21. Eaton Vance Large Value Fund | A | Dividend | J | T | | | | | |
| 22. Acadian Emerging Market Fund | A | Dividend | J | T | | | | | |
| 23. Ivy Global Natural Resources Fund | | None | J | T | | | | | |
| 24. Chase Bank Checking Account | A | Interest | J | T | | | | | |
| 25. Bank of America Checking Account | A | Interest | M | T | | | | | |
| 26. Emigrant Direct Savings Account | B | Interest | M | T | | | | | |
| 27. New York State Retirement Program (not vested) | | None | J | T | | | | | |
| 28. | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 252 | 590 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | 49 | 778 |
| Listed securities – see schedule | | 134 | 828 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned | | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 11 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| NY State Employee Retirement System | | 1 | 348 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 49 | 778 |
| | | | | Net Worth | | 349 | 988 |
| Total Assets | | 399 | 766 | Total liabilities and net worth | | 399 | 766 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |